TARPOFF, D. B. A. HEIDELBERG INN, APPELLANT, *v.* BOARD OF LIQUOR CONTROL, APPELLEE.

Ohio Appeals, Tenth District, Franklin County.

No. 6190. Decided April 26, 1960.

*Mr. John A. Wiethe* and *Mr. Donald H. Swain*, for appellant.

*Mr. Mark McElroy*, attorney general, and *Mr. John W. Leibold*, assistant attorney general, for appellee.

age 425

*Per Curiam.* A plea of guilty having been entered at the time of appearance before the Board of Liquor Control, was the Court of Common Pleas correct in sustaining the Board, since the severity of the penalty is the question raised by the appeal. In view of the decision in the case of *Henry's Cafe, Inc.,* v. *Board of Liquor Control,* 170 Ohio St., 233, the Board has the sole power of determining the penalty in these cases unless there is a finding that there was no substantial, reliable or probative evidence to support their finding. The guilty plea did preclude any such finding in this case.

The judgment will be affirmed.

BRYANT, P. J., and DUFFY, J., concur.
MILLER, J., not participating.